United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORA J. DUNAWAY, et al.,

    Plaintiffs,

    v.

CITY AND COUNTY OF
SAN FRANCISCO,

    Defendant.
_____/

No. C 08-1715 PJH

**ORDER**

    The court will hear plaintiffs' application for a temporary restraining order on Wednesday, April 2, 2008, at 2:30 p.m., in Courtroom 3 of the Federal Building, 450 Golden Gate, San Francisco, California.

    Defendant's opposition shall be filed no later than 5:00 p.m. on Tuesday, April 1, 2008.

**IT IS SO ORDERED.**

Dated: April 1, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge