1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | DANNY CHOU, State Bar # 180240
Chief of Complex and Special Litigation
3 | JAMES M. EMERY, State Bar #153630
Deputy City Attorney
4 | Fox Plaza
1390 Market Street, Seventh Floor
5 | San Francisco, California 94102-5408
Telephone:    (415) 554-4261
6 | Facsimile:    (415) 554-3985
E-Mail:    jim.emery@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Nora Jean Dunaway, and Coalition on Homelessness, | Case No. 08-1715 |
|---|---|
| Plaintiffs, | **DECLARATION OF JAMES M. EMERY** |
| vs. | |
| City and County of San Francisco, | |
| Defendants. | |

///
///
///
///
///
///
///
///

DECLARATION OF JAMES M. EMERY;
CASE NO. 08-1715

n:\cxlit\li2008\081071\00475729.doc

## DECLARATION OF JAMES M. EMERY

I, James M. Emery, hereby declare:

1. I am a member of the bar of the state of California and counsel of record for defendant City and County of San Francisco in this action.

2. Attached hereto as Exhibit A is a true and correct copy of the San Francisco Ordinance entitled "Standard of Care for City Shelters," which Mayor Newsom signed into law on March 28, 2008.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed April 1, 2008 in San Francisco, California.

Dated: April 1, 2008

By: /s/ James M. Emery
JAMES M. EMERY

# EXHIBIT A

c:\attchmnt\personal\exhibit.doc

FILE NO. 071518                                ORDINANCE NO.

1   [Standards of Care for City Shelters.]

2

3   **Ordinance amending the San Francisco Administrative Code by adding a new Article**
4   **13 to Chapter 20 to: 1) mandate certain provisions in all contracts for City funded**
5   **shelters, 2) require the City to take corrective enforcement measures against City-**
6   **funded shelter contractors who fail to comply with contractual provisions that this**
7   **Article requires; 3) require the Shelter Monitoring Committee to investigate complaints**
8   **against City funded-shelters, and 4) require the Director of the Department of Public**
9   **Health to determine if the imposition of liquidated damages is warranted against**
10  **shelters who fail to comply with a corrective action plan.**

11          Note:       Additions are *single-underline italics Times New Roman*;
12                      deletions are *strikethrough italics Times New Roman*.
                        Board amendment additions are double underlined.
13                      Board amendment deletions are strikethrough normal.

14      Be it ordained by the People of the City and County of San Francisco:

15      Section 1. The San Francisco Administrative Code is hereby amended by adding a

16  new Article 13 to Chapter 20 to read as follows:

17                      *Chapter 20 – Standard of Care for City Shelters*

18      *SEC.20.400. FINDINGS. The Board of Supervisors finds and declares the following:*

19      *(a)     In 2004, the Board of Supervisors created the Shelter Monitoring Committee that is*

20  *required to provide the Mayor, the Board of Supervisors, and others with accurate and comprehensive*

21  *information about the conditions in and operations of shelters funded by the City.*

22      *(b)     After conducting numerous site visits of City-funded shelters and after investigating*

23  *many complaints it received from shelter clients, the Shelter Monitoring Committee found that the*

24  *City's shelter system lacks comprehensive standards of care to be provided to clients utilizing shelter*

25  *services.*

Supervisor Ammiano, Mirkarimi, Peskin, Daly, Maxwell, Sandoval
**BOARD OF SUPERVISORS**

1  *(c)     In order to ensure that all City-funded shelter operators meet minimum standards of*
2  *care in the shelter system, and that all shelter clients are treated with dignity and respect and are*
3  *provided with a clean, healthy, and safe shelter stay, the Board of Supervisors hereby adopts the*
4  *following contractual requirements that apply to all shelter operators in San Francisco.*
5  *SEC. 20.401. DEFINITIONS. For the purposes of this Chapter, the following definitions shall*
6  *apply to the terms used herein.*
7  *(a)     "City" means the City and County of San Francisco,* ~~department that contracts for~~
8  ~~services at a particular shelter.~~
9  *(b)     "Contract monitor" means the City employee who monitors the shelter operator's*
10 *compliance with the contract for shelter services.*
11 *(c)     "Director" means the Director of the City department that oversees the contract for*
12 *City-funded shelter services.*
13 *(d)     "Shelter" means a facility, including a resource center, operating under a contract with*
14 *the City, to provide temporary emergency shelter services for homeless single adults or families.*
15 *(e)     "Shelter operator" means the operator of a shelter.*
16 *SEC. 20.402. PURPOSE. The purpose of this Chapter is to establish standards of care*
17 *("shelter operating standards") that the City must include in contracts with shelters and to ensure that*
18 *the City takes corrective enforcement measures against shelter operators who fail to comply with*
19 *shelter operating standards.*
20 *SEC. 20.403. CITY REQUIREMENTS. The City shall provide the following shelter services,*
21 *consistent with this Article:*
22 *(a)     Ensure 24-hour client access to a shelter* ~~in order to make shelter reservations;~~**and**
23 **provide on-site shelter reservations for current shelter clients, and**
24
25

1    (b)    *Provide at least one 24-hour emergency drop-in center,* that provides shelter
2    reservations, mental health services, medical services, and transportation to available off-site
3    services and program; and
4    (c)    Deploy a roving maintenance person to provide maintenance support to all
5    shelters.
6    *SEC. 20.404. CONTRACT REQUIREMENTS.*
7    *(a)    All contracts between the City and shelter operators shall include provisions that*
8    *require shelter operators to:*
9    *(1)    treat all shelter clients equally, with respect and dignity;*
10    *(2)    provide shelter services in an environment that is safe and free of physical violence;* by
11    ensuring that safety protocols are in place that include training to shelter staff regarding de-
12    escalation techniques;
13    *(3)    provide soap,* and hand dryers or towels to shelter clients and staff in each
14    bathroom, provide toilet paper in each bathroom stall, paper towels or hand towels, hand
15    sanitizers, and at least one bath-size (24"x48") towel to shelter clients and staff in each
16    bathroom; if hand dryers are currently installed they shall be maintained in proper working
17    condition; in addition, shelters shall provide toilet paper in each bathroom stall *and hire*
18    *janitorial staff to clean the shelters on a daily basis;*
19    *(4)    provide feminine hygiene* and incontinence supplies *upon request;*
20    *(5)    comply with current City policy set forth in the San Francisco Environment Code,*
21    *including the requirements set forth in Chapter* 2*3 (the Integrated Pest Management Code) and*
22    *Chapter* 3*2 (the Environmentally Preferable Purchasing Ordinance) to ensure that shelter operators*
23    *use products that are least harmful to shelter clients, staff, and the environment;*
24
25

1    *(6)    ensure that first aid kits, CPR masks, and disposable gloves are available to staff at all*
2    *times and make Automatic External Defibrillators (AED) available to staff in compliance with all*
3    *regulatory requirements of state and local law relating to the use and maintenance of AEDs;*
4    *(7)    supply shelter clients with fresh* cold or room temperature *drinking water at all times*
5    *during normal* ~~working~~operating *hours;*
6    *(8)    provide shelter services in compliance with the Americans with Disabilities Act (ADA),*
7    *including but not limited to:*
8    *(i)    appropriate* and secure *storage of medication*~~, and~~;
9    *(ii)    ~~reasonable accommodations for meals.~~*the provision of accessible
10   sleeping, bathing and toileting facilities in previously designated ADA compliant shelters.
11   Sleeping areas designated as accessible shall comply with federal and state law requiring a
12   minimum of 36 inches between sleeping units and a sleeping surface height between 17-19
13   inches above the finished floor. In consultation with the contracting City department, and
14   based on a history of previous usage, shelter operators shall designate an adequate number
15   of accessible sleeping units to meet the needs of shelter clients requiring such facilities due to
16   a mobility disability; and
17   *(iii)*    reasonable modifications to shelter policies, practices, and procedures.
18   *(9)    engage a nutritionist, who shall develop all meal plans, including meal plans for*
19   *children and pregnant women*~~,~~ and post menus on a daily basis;
20   *(10)    make dietary modifications to accommodate requests from clients based on religious*
21   *beliefs and practices*~~;~~, health, or disability reasons;
22   *(11)    ~~prohibit all smoking in shelters, and within 20 feet of a shelter entrance and~~*
23   ~~children's play area~~provide a smoke-free environment for all shelter clients and prohibit
24   smoking within 20 feet of a children's play area;
25

(12) *provide shelter clients with one clean blanket, two clean sheets, and one pillow enclosed in a plastic or vinyl sleeve with a clean pillowcase;* <u>sheets shall be cleaned at least once per week and upon client turnover;</u>

(13) *make the shelter facility available to shelter clients for sleeping at least 8 hours per night;*

(14) *provide daytime access to beds in all 24-hour shelters;*

(15) *provide shelter clients with* <u>pest-free,</u> *secure property storage inside each shelter.* <u>Shelter staff shall provide closable plastic bags to clients for storage purposes.</u> *If storage inside a shelter is unavailable, the shelter operator may provide free,* <u>pest-free</u> *storage off-site as long as the off-site storage is available to the shelter client up until the time of evening bed check;*

(16) *provide shelter clients with access to electricity for charging their cell phones;* <u>and other durable medical equipment for clients with disabilities;</u>

(17) *note in writing and post in a common area in the shelter when a maintenance problem will be repaired,* <u>and</u> *note the status of the repair* ~~and ensure that all repairs are completed in one business day;~~

(18) *provide access to free local calls during non-sleeping hours;* <u>including TTY access and amplified phones for clients who are deaf or hearing-impaired;</u>

(19) *provide a minimum of* ~~three feet distance between sleeping units;~~ <u>22 inches between the sides of sleeping units, excluding designated ADA-accessible sleeping units and sleeping units separated by a wall;</u>

(20) *provide all printed materials produced by the City and shelters in English and Spanish;* <u>and other languages upon request and ensure that all written communications are provided to clients with sensory disabilities in alternate formats such as large print, Braille, etc. upon request;</u>

1   *(21)   communicate with each client in the client's primary language or provide professional*
2   *translation services*~~;~~, including but not limited to American Sign Language interpretation; *however, children or other clients may be asked to translate in emergency situations;*
4   *(22)   provide at least one front line staff at each site that is bilingual in English and Spanish;*
5   *(23)   ensure that each shelter has an emergency disaster plan that* ~~accommodates people with disabilities and~~ *requires drills on a monthly basis* and that, in consultation with the Mayor's Office on Disability, includes specific evacuation devices and procedures for people with disabilities;
9   *(24)   locate an alternative sleeping unit for a client who has been* immediately *denied shelter services after 5:00 p.m., unless* ~~safety concerns exist~~the denial of service was for acts or threats of violence;
12  *(25)   require all shelter staff to wear a badge that identifies the staff person by name and position;*
14  *(26)   ensure that all clients receive* appropriate and ADA-compliant *transportation services*~~, through bus tokens or other services~~, *to attend medical appointments* ~~and other essential services including but not limited to~~ , *permanent housing appointments,* substance abuse treatment, job-search appointments and job interviews, ~~and~~ *mental health services*~~;~~, and shelter services;
19  *(27)   provide public notification at least 24 hours in advance of on-site, community meetings;*
20  *(28)   provide clients with access to free laundry services with hot water and a dryer*~~,~~ that reaches a temperature between 120-130 degrees Fahrenheit, *on or off site;*
22  *(29)*   to the extent not inconsistent with Proposition N, passed by the voters on November 5, 2002, ensure that all single adult shelter reservations be for a minimum of 7 nights;

1      (30)   agree to comply with the California Department of Industrial Relations, Division of Occupational Safety and Health (Cal-OSHA) General Industry Safety Orders regarding Bloodborne Pathogens (8 CCR 5193) and its Injury and Illness Prevention Program (8 CCR 3203), including but not limited to applicable requirements regarding personal protective equipment, universal precautions, and the development of an exposure control plan, as defined therein, and

      (31)   in consultation with the San Francisco Department of Public Health, provide annual all-staff mandatory trainings, appropriate for each shelter position, that address Cal-OSHA regulatory requirements listed in subsection (30), above, as well as the following topics:

      (i)    hand washing requirements and other communicable disease prevention;

      (ii)   proper food handling and storage;

      (iii)  emergency procedures in case of disaster, fire, or other urgent health or safety risk, including but not limited to CPR requirements;

      (iv)   safe and appropriate intervention with violent or aggressive shelter clients, including training on the harm reduction model in dealing with substance abuse;

      (v)    safe and appropriate interaction with shelter clients who suffer from mental illness or substance abuse;

      (vi)   on-the-job burn-out prevention;

      (vii)  requirements under the ADA;

      (viii) policies and procedures explained in shelter training manuals; and

      (ix)   cultural humility, including sensitivity training regarding homelessness; the lesbian, bisexual, gay, and transgender communities, people with visible and invisible disabilities, youth, women, and trauma victims.

1   _____(b)_____ *In addition, every contract covered by this Article shall contain a provision in which the*
2   *shelter operator agrees:*
3   _____*(1)*_____ *to be liable to the City for liquidated damages as provided in this Article;*
4   _____*(2)*_____ *to be subject to the procedures governing enforcement of breaches of contracts based on*
5   *violations of contract provisions required by this Article as set forth in this section;*
6   _____*(3)*_____ *that the contractor's commitment to comply with contractual obligations that this Article*
7   *imposes is a material element of the City's consideration for this contract; that the failure of the*
8   *contractor to comply with such obligations will cause harm to the City and the public that is significant*
9   *and substantial but extremely difficult to quantify; and that the assessment of liquidated damages of up*
10  *to $*~~2,500~~*1,250.00 made pursuant to the liquidated damages schedule referred to in section*
11  *20.406(b)(1) below for every unmitigated failure to comply with such obligations is a reasonable*
12  *amount of damages to redress the harm to the City caused by such obligations;*
13  _____*(4)*_____ *that the failure of contractors to comply with contract provisions that this Article*
14  *requires may result in debarment and monetary penalties set forth in Sections 6.80 et seq. of the San*
15  *Francisco Administrative Code, as well as any other remedies available under the contract or at law;*
16  *and*
17  _____*(5)*_____ *that in the event the City brings a civil action to recover liquidated damages for breach*
18  *of a contract provision required by this Article*~~;~~ and prevails, *the* ~~prevailing party~~contractor *will be*
19  *liable for the* ~~other party's~~City's *costs and reasonable attorneys fees.*
20  _____(c)_____ The Board of Supervisors recognizes that these amendments will have a
21  material effect on the existing shelters whose contracts with the City require the City to pay
22  the shelter operators a certain negotiated amount for services offered at each shelter. The
23  City and the shelter operators contemplated that the shelters would operate at or near
24  capacity through most of the year. This legislation may reduce the number of beds available
25

<u>in some shelters. In addition this legislation will impose obligations on shelter operators that exceed their obligations under their existing agreements with the City and therefore increase their operating costs. City officials and shelter operators based their budgetary assumptions and contracting decisions on factors that existed before this legislation existed. Therefore, the Board of Supervisors authorizes each City department overseeing contracts affected by this legislation to negotiate amendments to existing contracts to reflect these changes so long as current contract amounts are not reduced.</u>

*<u>SEC. 20.405.  COMPLAINT PROCESS AND INVESTIGATION</u>*

*<u>(a)</u>    Each shelter shall provide client complaint forms in common areas of the shelter and shall make a complaint form available to a shelter client upon request. In addition, shelter staff must accept and investigate written client complaints from the Shelter Monitoring Committee. Shelter staff shall review and respond to written client complaints within 2 business days. Shelter staff shall make best efforts to take necessary corrective action in response to all client complaints internally within 5 days. If the client is not satisfied with the response, the shelter operator shall refer the complaint to the contract monitor*<s>*,*</s>*<u> and to the Shelter Monitoring Committee.</u> The* <s>Director overseeing the contract</s><u>Shelter Monitoring Committee</u> *shall investigate these complaints within 10 days of receipt of the complaint and shall provide the shelter operator with an opportunity to respond to the allegations.*  <u>The Shelter Monitoring Committee shall also forward the results of its investigation to the Director of the San Francisco Department of Public Health (DPH), or his or her designee, who shall comply with section 20.406(a) below.</u>

*(b)     Each Director,<u> in consultation with the Director of DPH, or his or her designee,</u> shall promulgate appropriate guidelines or rules for the enforcement of the shelter operator's contractual obligations imposed pursuant to this Article. Such guidelines or rules may establish procedures for ensuring fair, efficient, and cost-effective implementation of these obligations, including*

1  *mechanisms to monitor contractor compliance and to determine whether a contractor has failed to*
2  *comply with its contract obligations set forth in section 20.404, above.*
3  *SEC. 20.406. CORRECTIVE ACTION PLAN, IMPOSITION OF LIQUIDATED DAMAGES*
4  *(a)   Where the* ~~City~~**Director of DPH, or his or her designee,** *after providing the*
5  *contractor with the opportunity to respond to the alleged violation, determines that a contractor failed*
6  *to comply with the provisions of this Article, the* ~~City~~**Director of DPH, or his or her designee,** *shall*
7  *provide written notice to the contractor and the contract monitor as follows:*
8  *(1) the factual basis for the determination;*
9  *(2) the corrective action plan that the contractor must take to remedy the violation;*
10 *(3) the amount of liquidated damages that the* ~~City department~~**Director of DPH, or**
11 **his or her designee,** *has assessed for the contractor's violation of this Article;*
12 *(4) notice that the contractor has 15 days to either follow the required corrective action*
13 *plan, including payment of liquidated damages, or to file an appeal consistent with subsection (5),*
14 *below;*
15 *(5) that the contractor has the right to appeal the* ~~City's~~**Director of DPH, or his or her**
16 **designee's** *final determination* ~~to the Director~~, *including the assessment of liquidated damages and*
17 *the amount assessed,* **to an arbitration panel appointed by the Director of DPH,** *but that the*
18 *contractor must file any such appeal in writing with the* ~~Director~~**arbitration panel** *within 15 days of*
19 *the date of the issuance of the City's determination and that a contractor's failure to exhaust this*
20 *administrative remedy will bar subsequent judicial action challenging the City's determination;*
21 *(6) that if the contractor fails to follow the corrective action plan or file an appeal in*
22 *writing with the* ~~Director~~**arbitration panel** *within 15 days as set forth above, the* ~~City's~~**Director of**
23 **DPH, or his or her designee's** *determination shall be the City's final and binding decision which the*
24 *City may enforce in a court of law, and*
25

1        *(7) that the contractor must comply with the decision within 5 business days of the City's*

2   *decision becoming final, including payment of liquidated damages, if any, together with simple annual*

3   *interest of 10% from the date that payment should have been made.*

4       *(b)(1) While liquidated damages in the maximum amount set forth in this section are a*

5   *reasonable estimate of harm to the City caused by the contractor's non-compliance with contract*

6   *provisions required by this Article, the ~~City~~*__Director of DPH, or his or her designee__*, may determine*

7   *that less than the full amount is warranted depending on the circumstances of each case. The Director*

8   *of* __Public Health, or his or her designee__*, shall adopt a schedule for liquidated damages based on the*

9   *degree of harm that the violation causes, the number of days the violation occurs, and the number of*

10  *shelter clients affected by the violation. In addition, the ~~City~~*__Director of Public Health, or his or her__

11  __designee__*, shall consider the following factors in determining the amount of liquidated damages, if*

12  *any, to impose against a contractor who fails to comply with contract provisions required by this*

13  *Article:*

14      *(A)    the size of the contractor's business;*

15      *(B)    the contractor's good faith efforts to comply with contract provisions required by*

16  *this Article;*

17      *(C)    the gravity of the violation;*

18      *(D)    whether the contractor has a history of violations of contract provisions required*

19  *by this Article;*

20      *(E)    whether the contractor has failed to comply with recordkeeping requirements*

21  *imposed by contract provisions under this Article; and*

22      *(F)    whether the imposition of liquidated damages would undermine the purpose of*

23  *this Article by imposing unreasonable financial burdens on the contractor, thereby imperiling the*

24  *contractor's ability to continue complying with contract provisions required by this Article.*

25


1  (c)(1) *Within 15 days of receiving an appeal from the* ~~City's~~Director of Public Health, or his or her designee's *final determination, the* ~~Director~~arbitration panel ~~shall appoint a hearing officer and~~ shall so inform the Shelter Monitoring Committee, the *contract monitor, the shelter operator,* the Director of DPH, or his or her designee, *and/or their respective counsel or authorized representative.* The arbitration panel may assign a hearing officer within the panel to collect and review evidence and to make recommendations to the full arbitration panel, but the full arbitration panel must issue written findings and orders consistent with subsection (4), below.

(2) *The* ~~hearing officer~~arbitration panel *shall promptly set a date for a hearing. The hearing must commence within 45 days of the notification* ~~of the appointment of the hearing officer~~of the appeal to the arbitration panel *and conclude within 75 days of such notification, not including the issuance of a decision, unless all parties agree to an extended period. If a contractor appeals the* ~~City's~~Director of DPH, or his or her designee's *initial determination but fails to attend a hearing set under this subsection, the* ~~City's~~Director of DPH, or his or her designee's *initial determination shall become final.*

(3) *The* ~~City~~Director of DPH, or his or her designee, *shall have the burden of producing evidence demonstrating the contractor's violation of contract provisions required by this Article and warranting imposition of liquidated damages. The contractor shall have the right to present evidence on its behalf in response to any alleged violation of contract provisions required by this Article.*

(4) *Within 30 days of the conclusion of the hearing, the* ~~hearing officer~~arbitration panel *shall issue a written decision affirming, modifying, or vacating the City's determination relating to the violation of the contract obligations that this Article imposes, the corrective action that the contractor must take to remedy any violation, and the amount of liquidated damages to be assessed, if*

1  *any.* The ~~hearing officer's~~ *arbitration panel's decision shall consist of findings and a determination,*
2  *which shall be the City's final decision.*
3  *(5) The contractor shall comply with the* ~~hearing officer's~~ *arbitration panel's decision,*
4  *including the payment of liquidated damages, within 5 business days of service of the decision. Service*
5  *shall be made by first class mail to the contractor's address of record. Failure to pay liquidated*
6  *damages within the time specified in this ordinance shall result in interest on the unpaid damages at the*
7  *simple annual interest rate of 10% from the day that such damages were due.*
8  *(6) The contractor may seek review of the* ~~hearing officer's~~ *arbitration panel's*
9  *decision only by filing in the San Francisco Superior Court a petition for a writ of mandate under*
10  *California Code of Civil Procedure, section 1094.5, as may be amended from time to time.*
11  *(7) When a contractor fails to take corrective action or pay damages within the time*
12  *required by the provisions of this section, the City may immediately pursue all available remedies*
13  *against the contractor for breach of contract, including debarment proceedings where applicable and*
14  *filing a civil action to recover liquidated damages due under this Article.*
15  *(8) The failure of the City to comply with the time requirements of this section shall not*
16  *cause the City or the* ~~hearing officer~~ *arbitration panel to lose jurisdiction over an appeal from the*
17  *City's determination filed under this section.*
18  *(d) Liquidated damages obtained pursuant to contract provisions required by this Article shall*
19  *be deposited in the City's general fund.*
20  *(e) Six months after the effective date of this ordinance, the Director of DPH shall*
21  *provide a written report to the Board of Supervisors that shall address the following issues: the*
22  *level of shelter compliance with this Chapter; the number of cases that have resulted in the*
23  *imposition of liquidated damages; the number of cases that have been referred to an*
24  *arbitration panel; and the financial impact of this Chapter, if any, on DPH.*
25

Supervisor Ammiano
**BOARD OF SUPERVISORS**

Page 13
3/20/2008
c:\documents and settings\npatino\local settings\temp\notese1ef34\sndrds5.doc

1     *SEC. 20.407. SEVERABILITY. If any section, subsection, clause, phrase or portion of this Article is for any reason held invalid or unconstitutional by any court or federal or State agency of competent jurisdiction, such portion shall be deemed a separate, distinct and independent provision and such holding shall not affect the validity of the remaining portions thereof.*

    *SEC.20.408. LIMITED TO PROMOTION OF GENERAL WELFARE.*

    *In undertaking the adoption and enforcement of this Article, the City and County of San Francisco is assuming an undertaking only to promote the general welfare. It is not assuming, nor is it imposing on its commissions, departments, officers and employees, an obligation for breach of which it is liable in money damages to any person who claims that such breach proximately caused injury.*

APPROVED AS TO FORM:
DENNIS J. HERRERA, City Attorney

By: *Jennifer K. Williams*
JENNIFER K. WILLIAMS
Deputy City Attorney



File No. 071518

I hereby certify that the foregoing Ordinance was FINALLY PASSED on March 25, 2008 by the Board of Supervisors of the City and County of San Francisco.

_____
Angela Calvillo
Clerk of the Board

3.28.08
**Date Approved**

_____
Mayor Gavin Newsom