DENNIS J. HERRERA, State Bar #139669
City Attorney
DANNY CHOU, State Bar # 180240
Chief of Complex and Special Litigation
JAMES M. EMERY, State Bar #153630
Deputy City Attorney
Fox Plaza
1390 Market Street, Seventh Floor
San Francisco, California 94102-5408
Telephone:   (415) 554-4261
Facsimile:    (415) 554-3837
E-Mail:       jim.emery@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nora Jean Dunaway, and Coalition on Homelessness, <br><br> Plaintiffs, <br><br> vs. <br><br> City and County of San Francisco, <br><br> Defendants. | Case No. 08-1715 <br><br> **DECLARATION OF MITCHELL H. KATZ, M.D.** |

///
///
///
///
///
///
///
///

DECLARATION OF JOYCE CRUM;
CASE NO. 08-1715

c:\docume~1\mitchk~1\locals~1\temp\
notesfff692\~7018723.doc

# DECLARATION OF MITCHELL H. KATZ

I, Mitchell H. Katz, declare:

1. I have personal knowledge of the matters stated herein, except for those matters set forth on information and belief, which I believe to be true, and if called to testify, I can and will testify competently as to all matters set forth herein.

2. I have served as San Francisco's Director of Health for ten years. In that capacity I oversee the Department of Public Health ("DPH").

3. The Haight Ashbury Free Clinic had a contract for the 2007-08 fiscal year to operate Buster's Place, a 24-hour drop-in center for homeless adults. The contract value was $1 million. The contractor has spent the entire contracted amount of $1 million.

4. The City and County of San Francisco spends more than $200 million annually on shelter and related services for its homeless population.

5. In response to a budget deficit confronting the City, DPH must implement $46 million in cuts for the coming fiscal year, beginning July 1, 2007. Savings due to cuts being made earlier (mid-year cuts) can be used to offset the $46 million. Therefore, earlier cuts results in savings of vital services in the coming fiscal year. DPH's mid-year budget cut-backs have included closing the City's Workers' Compensation Clinic, eliminating chronic care public health nurses, reducing the patient census at Laguna Honda Hospital by 120 patients, closing a partial day hospitalization program for people with serious mental illness, as well as a number of administrative position reductions. These cuts have been the subject of several public hearings, and have been approved by the City's Health Commission. Larger cuts in medical services, mental health services, and substance abuse services will occur in the new budget year.

6. Closing Buster's Place was a necessary component of DPH's carefully considered response to the difficult fiscal environment. Buster's Place did not provide any rehabilitative or restorative services to clients who congregated there. If DPH is required to reopen Buster's Place, then DPH will have to make deeper cuts in more valuable programs that provide medical and mental health services to the same population served in the City's shelter system.

1

DECLARATION OF MITCHELL H. KATZ, M.D.;
CASE NO. 08-1715

c:\docume~1\mitchk~1\locals~1\temp\
notesfff692\~7018723.doc

1      I declare under penalty of perjury under the laws of the State of California that the foregoing
2  is true and correct. Executed April 1, 2008 in San Francisco, California.
3  Dated: April 1, 2008

5  By: _____
       MITCHELL KATZ, M.D.