SIDNEY WOLINSKY, SBN 33716
JULIA PINOVER, SBN 255088
DISABILITY RIGHTS ADVOCATES
2001 Center St., Fourth Floor
Berkeley, CA 94704
Phone (510) 665-8644
Fax (510) 665-8511
general@dralegal.org

ROBERT RUBIN, SBN 85084
ELISA DELLA-PIANA, SBN 226462
LAWYERS COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Ste. #400
San Francisco, CA 94105
Phone (415) 543-9444
Fax (415) 543-0296
rrubin@lccr.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Nora Jean Dunaway, and Coalition on Homelessness,<br><br>Plaintiffs,<br><br>v.<br><br>City and County of San Francisco,<br><br>Defendants. | Case No. 08-1715<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR TEMPORARY RESTRAINING ORDER AND TO SHOW CAUSE RE PRELIMINARY INJUNCTION**<br><br>**Date:** April 2, 2008<br>**Time:** 2:30<br>**Judge.:** Hon. Phyllis Hamilton<br>**Trial date:** TBD |

1  Please take notice that Plaintiffs hereby withdraw their pending Motion for Temporary
2  Restraining Order and to Show Cause Re Preliminary Injunction.

4  Respectfully Submitted,

6  DISABILITY RIGHTS ADVOCATES

8  DATED: 4/2/08

   _____
9  Sid Wolinsky

\\Server\cases\Homeless.SF\Pleadings\TRO\notice_of_withdrawal.doc

*Dunaway, et al v. City and County of San Francisco,* Case No.: 08-1715
**NOTICE OF WITHDRAWAL**

1