

**DISABILITY RIGHTS ADVOCATES**
A non-profit corporation

2001 Center Street, Third Floor
Berkeley, CA 94704-1204
Phone (510) 665-8644
Fax (510) 665-8511
TTY (510) 665-8716
www.dralegal.org

**BOARD OF DIRECTORS**
William F. Alderman
*Orrick, Herrington & Sutcliffe*
Leslie Aoyama
*Nordstrom*
Shelley Bergum
*California Communications
    Access Foundation*
Peter Blanck
*Burton Blatt Institute*
Mark A. Chavez
*Chavez & Gertler LLP*
Linda Dardarian
*Goldstein, Demchak, Baller,
    Borgen & Dardarian*
Benjamin Foss
*Intel Corporation*
Lucy Lee Helm
*Starbucks Coffee Company*
Bonnie Lewkowicz
Laurence Paradis
*Disability Rights Advocates*
Walter Park
*Access Consultant*
Anne E. Schneider
*LD Access Foundation, Inc.*
Todd Schneider
*Schneider & Wallace*
Michael P. Stanley
*Legal Consultant*
Liane Chie Yasumoto
*Culture! Disability! Talent!*

**ATTORNEYS AND FELLOWS**
Laurence Paradis
*Executive Director*
Sid Wolinsky
*Litigation Director*
Melissa Kasnitz
*Managing Attorney*
Jennifer Weiser Bezoza
*Senior Staff Attorney*
Roger Heller
*Senior Staff Attorney*
Katherine Weed
*Staff Attorney*
*(Admitted in MI and MA only)*
Kevin Knestrick
*Staff Attorney*
Mary-Lee Kimber
*Staff Attorney*
Kasey Corbit
*Staff Attorney*
Stephanie Biedermann
*Arthur Liman Fellow*
Julia Pinover
*David Boies / LD Access Fellow*

**ADVISORY BOARD**
Joseph Cotchett
*Cotchett, Pitre & McCarthy*
Hon. Joseph Grodin
*Retired Justice, Calif. Supreme Court*
Kathleen Hallberg
*Ziffren, Brittenham & Branca*
Karen Kaplowitz
*New Ellis Group*
Hon. Charles Renfrew
*Retired, United States District Judge*
Margaret R. Roisman
*Roisman Henel LLP*
Guy T. Saperstein
Fernando M. Torres-Gil, Ph.D.
*University of Calif. Los Angeles*
Gerald Uelmen
*Santa Clara University School of Law*

April 2, 2008

*Via U.S. mail and e-file*

The Hon. Judge Phyllis J. Hamilton
450 Golden Gate Avenue
Courtroom 3, 17th Floor
San Francisco, CA 94102

**Re:  *Dunaway, et al. v. City and County of San Francisco* Case No. 08-1715 PJH**

Your Honor,

   We are writing to inform the Court that Plaintiffs are withdrawing their motion for a Temporary Restraining Order now set for today at 2:30pm.  Accordingly, we request that the matter be taken off calendar.

   As your honor is aware, the request for a Temporary Restraining Order was intended to assure that Buster's Place, a 24-hour Resource Center for the Homeless, would remain open.  Buster's Place has now closed, as of Monday evening.  Our analysis of the situation indicates that it is now highly unlikely that Buster's Place can realistically be re-opened as a viable resource for the disabled homeless.  In short, the situation has changed significantly since the filing of our motion on Monday.  In addition, withdrawal of this motion will allow discussions between the City and Plaintiffs to proceed in an effort to resolve this litigation.  We have informed our clients of these circumstances and they have requested that we withdraw the present motion.

Respectfully,

Sid Wolinsky

Cc: Jim Emery, City Attorney (via U.S. mail and Fax)
    Robert Rubin, Lawyers' Committee for Civil Rights (via email)

\\Server\cases\Homeless.SF\Correspondence\Draft_lettr_4.1.08.doc