UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

**Date:** April 2, 2008                             **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-1715 PJH

**Case Name:** Nora Dunaway, et al. v. City and County of San Francisco

**Attorney(s) for Plaintiff:**     Robert Rubin; Sid Wolinski; Julia Pinover
**Attorney(s) for Defendant:**     James Emery

**Deputy Clerk**: Nichole Heuerman         **Court Reporter**: Debra Pas

PROCEEDINGS

    Plaintiffs' Motion for Temporary Restraining Order-Not Held.  The court addresses plaintiff counsel.  The motion has been withdrawn.

**Order to be prepared by:**    [] Pl [] Def  []  Court

**Notes:**

**cc:** file