DENNIS J. HERRERA, State Bar #139669
City Attorney
DANNY CHOU, State Bar # 180240
Chief of Complex and Special Litigation
JAMES M. EMERY, State Bar #153630
Deputy City Attorney
Fox Plaza
1390 Market Street, Seventh Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4261
Facsimile:     (415) 554-3837
E-Mail:        jim.emery@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Nora Jean Dunaway, and Coalition on Homelessness, <br><br>　　　　　Plaintiffs, <br><br>　　vs. <br><br>City and County of San Francisco, <br><br>　　　　　Defendant. | Case No. 08-1715 <br><br> STIPULATION EXTENDING TIME TO ANSWER |
|---|---|

On April 15, 2008, the Parties met and, by their counsel, reached the following stipulation intended to further good faith negotiations to resolve this matter. Pursuant to Local Civil Rule 6-1(a), the parties stipulate as follows.

1. Defendant's time to answer or otherwise respond to plaintiffs' complaint is extended to July 15, 2008.

2. This extension of defendant's time to answer will not alter the date of any event or any deadline already fixed by Court order.

So Stipulated:

Dated: April 17, 2008         By:_____/s/_____
                                  Robert Rubin
                                  Attorney for Plaintiffs
                                  Nora Jean Dunaway and Coalition on Homelessness

Dated: April 17, 2008         By:_____/s/_____
                                  James M. Emery
                                  Attorney for Defendant
                                  City and County of San Francisco