United States District Court
Northern District of California

# DOCUMENT LOCATOR

Case Number:   **CV-08-1715 PJH**

Date Filed:   **5-1-08**

**Document:**

__X__ Reporter's Transcript:   **4-2-08**

____ Trial Exhibits:

____ Lodged Documents:

____ Sealed Documents

____ Declaration:

____ Other:

**Location:**

__X__ Expando (Next to Case File)

____ Overflow Shelf:

____ Vault

____ Other:

## Document Number:   **15**