ROBERT RUBIN, SBN 85084
ELISA DELLA-PIANA, SBN 226462
LAWYERS COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Ste. #400
San Francisco, CA 94105
Phone (415) 543-9444
Fax (415) 543-0296

SIDNEY WOLINSKY, SBN 33716
JULIA PINOVER, SBN 255088
DISABILITY RIGHTS ADVOCATES
2001 Center St., Fourth Floor
Berkeley, CA 94704
Phone (510) 665-8644
Fax (510) 665-8511

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nora Jean Dunaway, an individual, and Coalition on Homelessness, a nonprofit organization,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>City and County of San Francisco,<br><br>　　　　Defendants. | **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)**<br><br>Case No. 3:08-cv-01715 PJH<br>Judge: Hon. Phyllis Hamilton<br><br>**Complaint Filed:** March 31, 2008<br><br>**CIVIL RIGHTS ACTION: VIOLATION OF TITLE II OF THE AMERICANS WITH DISABILITIES ACT** |

*Dunaway v. City and County of San Francisco*
Plaintiffs' Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41

1. Pursuant to LR 41.1(a), Plaintiffs state that no answer, counterclaim, or motion for summary judgment has been served.

2. On March 31, 2008, Plaintiffs filed their Complaint and Motion for Temporary Restraining Order to prevent closure of San Francisco's drop-in center for homeless people, Buster's Place.

3. On March 31, 2008, at approximately 5 pm, Buster's Place closed down.

4. Shortly after the Plaintiffs had filed their Complaint and Motion for Temporary Restraining Order (TRO), Defendant offered to meet and engage in negotiations regarding Buster's Place.

5. Plaintiffs dismissed their pending Motion for TRO and proceeded to negotiate with Defendant San Francisco.

6. It appears unlikely that Buster's Place will reopen.

7. Based on the above facts, Plaintiffs hereby voluntarily dismiss this action without prejudice.

8. All parties will cover their own fees and costs in this proceeding.

Dated: June 13, 2008

        LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA

By: /s/
Robert Rubin, SBN 85084
131 Steuart Street, Ste. #400
San Francisco, CA 94105
Phone (415) 543-9444
Fax (415) 543-0296

        DISABILITY RIGHTS ADVOCATES

By: /s/
Sidney Wolinsky, SBN 33716
2001 Center St., Fourth Floor
Berkeley, CA 94704
Phone (510) 665-8644
Fax (510) 665-851

*Dunaway v. City and County of San Francisco*
Plaintiffs' Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41